IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NOEL STUERTZ,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON THERAPEUTICS USA, INC.,<br><br>Defendant. | Case No. 1:21-cv-06039<br><br>Judge Charles R. Norgle |

## ORDER

Plaintiff shall respond to Defendant's motion to compel arbitration and dismiss, or alternatively, stay the proceedings [5] by December 7, 2021. Defendant shall reply by December 21, 2021.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 16, 2021

1