## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NOEL STUERTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-06039 |
| | ) | |
| HORIZON THERAPEUTICS USA, INC. | ) | Honorable Charles R. Norgle |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff NOEL STUERTZ ("Plaintiff") and Defendant HORIZON THERAPEUTICS USA, INC. ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, and pursuant to Judge Norgle's order [ECF 14], hereby submit the following joint status report:

On December 17, 2021, the Court approved the parties' Joint Stipulation to Stay Proceedings Pending Arbitration [ECF 14.] On or about January 24, 2022, Plaintiff filed a Demand for Arbitration ("Demand") with the American Arbitration Association. Defendant answered the Demand on March 22, 2022.

On June 1, 2022, Arbitrator Crystal Jules was assigned to the case. The parties are awaiting an initial scheduling conference with the Arbitrator.

DATED: June 14, 2022                      Respectfully Submitted,

By: /s/ Robert J. Tomei, Jr. (with permission)      By: /s/ Taylor M. May
Attorney for Plaintiff                      One of the Attorneys for Defendant
NOEL STUERTZ                           HORIZON THERAPEUTICS
                                        USA, INC.


Robert J. Tomei, Jr. (ARDC No. 6310339)      Thomas E. Deer (ARDC No. 6271002)
JOHNSTON TOMEI LENCZYCKI                Carol A. Poplawski (ARDC No. 6192132)
& GOLDBERG, LLC                          Taylor M. May (ARDC No. 6333036)
350 N Milwaukee Ave., Suite 202            OGLETREE, DEAKINS, NASH
Libertyville, IL 60048                        SMOAK & STEWART, P.C.
rob@lawjtlg.com                           155 North Wacker Drive, Suite 4300

Chicago, IL 60606
Telephone: 312.558.1238
*thomas.deer@ogletree.com*
*carol.poplawski@ogletree.com*
*taylor.may@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 14, 2022, she filed the foregoing *Joint Status Report* electronically with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Robert J. Tomei, Jr.
**JOHNSTON TOMEI LENCZYCKI**
**& GOLDBERG, LLC**
350 N Milwaukee Ave., Suite 202
Libertyville, IL 60048
*rob@lawjtlg.com*

*Attorney for Plaintiff*


/s/ Taylor M. May
One of the Attorneys for Defendant
**HORIZON THERAPEUTICS USA, INC.**